

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00405-CR

The **STATE** of Texas,
Appellant

v.

Callie Mae **MERRITT**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6014
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings.

SIGNED November 28, 2018.

_____
Karen Angelini, Justice